**Fill in this information to identify the case:**

Debtor name: WC 422 Congress, LLC

United States Bankruptcy Court for the: Western District of Texas
(State)

Case number (If known): 20-10254-tmd

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | AT&T<br>P.O. Box 105414<br>Atlanta, GA 30348-5414 | | | | | | $143.59 |
| 2 | Burnpile LLC<br>1800A Cinnamon Path<br>Austin, TX 78704 | David Jalufka<br>David.jalufka@gmail.com<br>512-448-4600 | | C, U, D | | | Unknown |
| 3 | Burnpile, LLC<br>8006 Willet Trail<br>Austin, TX 78745 | | | C, U, D | | | Unknown |
| 4 | Burnpile, LLC<br>1800A Cinnamon Path<br>Austin, TX 78704 | | Prepaid rent | D | | | $7,372.00 |
| 5 | Burnpile, LLC<br>1800A Cinnamon Path<br>Austin, TX 78704 | | Security Deposit | D | | | $15,500.00 |
| 6 | Chatham Hedging Advisors<br>235 Whitehorse Lane<br>Kennett Square, PA 19348 | | | C, U, D | | | Unknown |
| 7 | City of Austin<br>P.O. Box 2267<br>Austin, TX 78783-2267 | | | | | | $1,800.88 |

Debtor    WC 422 Congress, LLC
Name

Case number (*if known*) 20-10254-tmd

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 8 Pearl Media, LLC<br>363 Route 46 West, Suite 450<br>Fairfield, NJ 07004 | | Security Deposit | | | | $3,000.00 |
| 9 Wells Fargo Bank, N.A. – Bank Fees<br>401 South Tryon Street, 8th Floor<br>MAC D1050-084<br>Charlotte, NC 28202-4200 | | | C, U, D | | | Unknown |
| 10 Wells Fargo Bank, N.A. – Loan Servicer<br>401 South Tryon Street, 8th Floor<br>MAC D1050-084<br>Charlotte, NC 28202-4200 | | | C, U, D | | | Unknown |
| 11 Westlake Industries, LLC<br>11500 Metric Blvd.<br>Austin, TX 78758 | | | C, U, D | | | Unknown |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2